

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

—————————————————

No. 02-25-00180-CV

—————————————————

IN RE JESUS SALGADO, Relator

———————————————————————————————

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 22-8694-481

———————————————————————————————

Before Bassel, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, real party in interest's response, and relator's reply. The court is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

We hereby lift the stay of all trial court proceedings that we previously ordered on April 17, 2025.

Per Curiam

Delivered: April 29, 2025